UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Gary West

    Plaintiff

Vs.

City of Lakeland, David Gill,
Jan Royer, Lonie Beck, and
Laberta Vople

Case No. 8:25-cv-00159-TPB-AEP

Judge: Barber

_____/

## NOTICE OF APPEARANCE

Here comes attorney Bruce Burk, Esq. for Burk Law Firm, PLLC and files this Notice of Appearance on behalf of Defendants David Gill, Jan Royer, and Lonie Beck and requests that any correspondence intended for any of these Defendants be sent to my attention.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading has been served on attorney for Plaintiff Derek Usman at derek@usmanfirm.com on February 17, 2025.

/X/ *Bruce Burk*
Bruce Burk, Esq.
Burk Law Firm, PLLC
100 2nd Ave N, Ste 300
St. Petersburg, FL 33701
813-591-0070
bburk@burkfirm.com
paralegal@burkfirm.com
Attorney for David Gill, Jan Royer, and Lonie Beck