**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA TAMPA**
**DIVISION**

GARY WEST,

    Plaintiff,

v().                                             Case No.:   8:25-cv-00159-TPB-AEP

CITY OF LAKELAND, DAVID
GILL, JAN ROYER, LONIE BECK,
and JAN ROYER,

    Defendants.
_____/

**<u>DEFENDANTS DAVID GILL, JAN ROYER, AND LONIE BECKS'
MOTION FOR SANCTIONS</u>**

Defendants, DAVID GILL, LONIE BECK, and JAN ROYER, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 11, moves this court for sanctions against Plaintiff, GARY WEST, and in support thereof states:

1. On January 21, 2025, Plaintiff, GARY WEST ("West"), through counsel, filed his Complaint and Demand for Jury Trial (Doc. 1). This Complaint contained seventeen (17) pages of allegations and nine (9) causes of action.

2. On February 24, 2025, Defendants, DAVID GILL, LONIE BECK, and JAN ROYER, filed a Motion to Dismiss Complaint (Doc. 13). The other defendants also filed their own motions to dismiss.

3. Rather than allowing this Court to determine the merits of the named defendants Motion to Dismiss, West, through counsel, filed his Amended Complaint and Demand for Jury Trial (Doc. 18). The Amended Complaint contains fifty (58) pages of allegations and forty (40) causes of action.

4. While the Amended Complaint (Doc. 18) is certainly longer than the Complaint (Doc. 1), its factual allegations are nearly identical. While broken into separate causes of action, it is essentially the same causes of action alleged in the Complaint (Doc. 1).

5. The primary difference between the Amended Complaint (Doc. 18) and the Complaint (Doc. 1) is a factual allegation that West has no evidentiary support for. In Paragraph 54 of the Amended Complaint (Doc. 18), in an attempt to support his numerous conspiracy and aiding and abetting claims, West states:

> Having constructive knowledge as LSDS Club leaders and lackeys of David Gill, Gill, Royer, Beck, and [Volpe] all *tacitly agreed* with each other and the City of Lakeland, through their actions, and *non-explicit communications*, to further their conspiratorial intent and provide assistance to each other, assist each other, and the City of Lakeland in violating West's Constitutional rights.

6. The few additional allegations in the Amended Complaint (Doc. 18) failed to remediate the greater issues with West's Complaint (Doc. 1). The Amended Complaint (Doc. 18) still constitutes a shotgun pleading and fails to state a claim upon which relief can be granted.

7. In support of this Motion, the Court is respectfully referred to the named defendants Motion to Dismiss Complaint (Doc. 1) and the named defendants Motion to

Dismiss for Failure to State a Claim (Doc. 28), also attached hereto.

8. Therefore, pursuant to Federal Rule of Civil Procedure 11(c)(2), Defendants, DAVID GILL, LONIE BECK, and JAN ROYER, move this Court to determine that Federal Rule of Civil Procedure 11(b) has been violated on the grounds that Plaintiff, GARY WEST, by and through counsel, has filed with the court his Amended Complaint and Demand for Jury Trial (Doc. 18), that contains claims, factual contentions, and allegations that will not likely have evidentiary support and have not been specifically identified to have factual support after a reasonable opportunity for further investigation and discovery.

9. In addition, the Amended Complaint and Demand for Jury Trial (Doc. 18) has been presented to the Court for an improper purpose, causing harassment to the named defendants and needlessly increasing the cost of this litigation.

10. Plaintiff and his counsel, within 21 days after service of this Motion, have failed to withdraw such Amended Complaint and Demand for Jury Trial (Doc. 18).

11. Pursuant to Federal Rule of Civil Procedure 11(c)(2), Defendants, DAVID GILL, LONIE BECK, and JAN ROYER, moves this Court for an award of her reasonable expenses incurred as a result of this motion.

12. For all the reasons stated, West's Amended Complaint (Doc. 18) should be dismissed.

## Local Rule 3.01(g) Certification

Undersigned counsel certifies conferring with Plaintiff's counsel via e-mail, during which the parties were not able to agree on the resolution of this Motion for Sanctions.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been served upon counsel for all parties via the e-filing system on May 21, 2025.

/X/*Bruce Burk*
Bruce Burk, Esq.
Burk Law Firm, PLLC
100 2nd Ave N, Ste 300
St. Petersburg, FL 33701
813-591-0070
Attorney for David Gill, Jan Royer, and Lonie Beck